# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C R 5 00 49 | DATE | 9/25/2007 |
| CASE TITLE | USA vs. JOHN M. VOLPENTESTA | | |

**DOCKET ENTRY TEXT:**

Criminal complaint to be filed. Arrest warrant to issue. USA's oral motion for this case to be filed under seal until arrest warrant is executed, or until further order of court is granted.



FILED
SEP 25 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | GG |
|---|---|---|