**FILED**

OCT 2 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 CR 50049
Case Name: U.S. v. John Volpentesta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
U.S. v. John Volpentesta, 07 CR 50049

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide .............. (II)           ☐ Income Tax Fraud ......... (II)            ☐ DAPCA Controlled Substances .. (III)
    ☐ Criminal Antitrust ....... (II)        ☐ Postal Fraud ............. (II)            ☐ Miscellaneous General Offenses .. (IV)
    ☐ Bank robbery ........... (II)          ☐ Other Fraud .............. (III)           ☐ Immigration Laws .......... (IV)
    ☐ Post Office Robbery .... (II)          ☐ Auto Theft ............... (IV)            ☐ Liquor, Internal Revenue Laws .. (IV)
    ☐ Other Robbery ......... (II)           ☐ Transporting Forged Securities . (III)     ☐ Food & Drug Laws ......... (IV)
    ☐ Assault ............... (III)          ☐ Forgery ................. (III)            ☐ Motor Carrier Act ........... (IV)
    ☐ Burglary .............. (IV)           ☐ Counterfeiting ........... (III)           ☐ Selective Service Act ........ (IV)
    ☐ Larceny and Theft ..... (IV)           ☐ Sex Offenses ............. (II)            ☐ Obscene Mail .............. (III)
    ☐ Postal Embezzlement .... (IV)          ☐ DAPCA Marijuana .......... (III)           ☐ Other Federal Statutes ....... (III)
    ☐ Other Embezzlement .... (III)          ☐ DAPCA Narcotics .......... (III)           ☐ Transfer of Probation Jurisdiction   (V)

10) List the statute of each of the offenses charged in the indictment or information
Title 18, United States Code, Sections 1341 & 1343;
Title 26, United States Code Sections 7202 & 7203

_____
SCOTT A. VERSEMAN
Assistant United States Attorney

(Revised 12/99)