AO 442 (REV.3/92) Warrant for Arrest        AUSA , (815)987-4444

# UNITED STATES DISTRICT COURT

_____NORTHERN_____  DISTRICT OF _____ILLINOIS, WESTERN DIVISION_____

UNITED STATES OF AMERICA

v.

JOHN M. VOLPENTESTA

**FILED**

DEC 0 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WARRANT FOR ARREST

CASE NUMBER:  07 CR 50049

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOHN M. VOLPENTESTA_____
                                                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

_X_ Indictment   ___Information   ___Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with (brief description of offense):

mail fraud, wire fraud, willfully failing to truthfully account for and pay over to the Internal Revenue Service federal income taxes, social security taxes, and Medicare taxes, and willfully failing to file federal tax returns,

in violation of Title ___18 & 26___ United States Code, Section(s) ___1341, 1343 & 7202, 7203___

P. MICHAEL MAHONEY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

[signature]
(By) Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/7/07   Rockford, IL
Date and Location

Bail fixed at $ _____ by _____
                                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 903 North Rte 23, Marengo, IL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/07/2007 | Aule Darwen Ninth<br>Special Agent, IRS-CID | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest