# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50049 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. JOHN VOLPENTESTA | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. Court appoints Paul Gaziano as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by December 14, 2007. Defendant's oral motion to file financial affidavit under seal is granted.. Defendant's oral motion for time to January 30, 2008 to file pretrial motions is granted. USA's oral motion for the time of December 7, 2007 to and including January 30, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for January 30, 2008 at 11:00 am. USA moves for detention. Detention hearing set for December 11, 2007 at 10:00 am. Enter order of temporary detention. USA's oral motion to unseal this case is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|