# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50049 - 1 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA vs. JOHN VOLPENTESTA | | |

**DOCKET ENTRY TEXT:**

Due to defendant's health concerns, on defendant's oral motion, detention hearing continued to December 14, 2007 at 10:00 am.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | GG |
|---|---|---|