# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50049 - 1 | **DATE** | 12/14/2007 |
| **CASE TITLE** | USA vs. JOHN VOLPENTESTA | | |

**DOCKET ENTRY TEXT:**

Defendant shall sign a medical release that is sufficient to release his medical records to the US Marshal's Service, so that follow up treatment can occur. The released records may be only used to insure the appropriate treatment for the defendant.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|