# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50049 | **DATE** | 8/14/2009 |
| **CASE TITLE** | USA vs. VOLPENTESTA | | |

**DOCKET ENTRY TEXT:**

Enter attached Memorandum Order.

*P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LW |
|---|---|---|